**FILED**

NOV 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2767



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:10-CR-485 MCE |
| | ) | |
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| | ) | |
| MUNTU LAVAR WILLIAMS, MICHAEL JEROME TUCKER, | ) ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: 11-18-2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1