**FILED**

NOV 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>          )<br>     Plaintiff,    )<br>  v.          )<br>          )<br> SEALED,         )<br>          )<br>     Defendant.    )<br>_____) | 2:10-CR-485 MCE |

SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order the Court.

DATED: 11-18-2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge