```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2:10-CR-485 MCE |
| v. | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| MICHAEL JEROME TUCKER, et al., | |
| Defendants. | |

On November 18, 2010, the indictment was filed in the above-referenced case. Since one of the defendants has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment and this case be unsealed.

DATED: December 7, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ JARED C. DOLAN
                                 JARED C. DOLAN
                                 Assistant U.S. Attorney

                                 ORDER
SO ORDERED:
                                 /s/ Gregory G. Hollows
DATED: December 7, 2010          _____
                                 HON. GREGORY G. HOLLOWS
                                 U.S. Magistrate Judge

1