FILED
December 23, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:10-cr-00485-MCE |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MUNTU LAVAR WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Muntu Lavar Williams ; Case 2:10-cr-00485-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $100,000.00 co-signed by Drena Wafer-Haper; Marilyn Williams; Curtis Blocker; Tanisha Glass; Nicole Robinson & Lynette Johnson.

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions and Third Party Custody of Drena Wafer-Harper. The defendant shall be released today upon four of the co-signers signatures with the remaining two signatures due by close of business on Monday, December 27, 2010.

Issued at Sacramento, CA on Dec 23, 2010 at 3:00 pm.

By _____
Kendall J. Newman
United States Magistrate Judge