```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MICHAEL TUCKER
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 10-485-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: April 14, 2011 |
| MUNTU WILLIAMS and MICHAEL ) | TIME: 10:00 a.m. |
| TUCKER, ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, defendant, MICHAEL TUCKER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and defendant MUNTU WILLIAMS, by and through his counsel, CHRIS COSCA, that the status conference set for Thursday, March 3, 2011, be continued to Thursday, April 14, 2011, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 14, 2011 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 25, 2011
Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
MICHAEL TUCKER

/s/ Matthew M. Scoble for
CHRIS COSCA, Esq.
Attorney for Defendant
MUNTU WILLIAMS

DATED: February 25, 2011
BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 14, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

2

Dated: February 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE