```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    MICHAEL TUCKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00485-MCE |
| Plaintiff, ) | |
| ) | **AMENDED STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: April 14, 2011 |
| MUNTU WILLIAMS and MICHAEL ) | TIME: 9:00 a.m. |
| TUCKER, ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, defendant, MICHAEL TUCKER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and defendant MUNTU WILLIAMS, by and through his counsel, CHRIS COSCA, that the status conference set for Thursday, March 3, 2011, be continued to Thursday, April 14, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 14, 2011 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 25, 2011        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL TUCKER

                                /s/ Matthew M. Scoble for
                                CHRIS COSCA, Esq.
                                Attorney for Defendant
                                MUNTU WILLIAMS

DATED: February 25, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew M. Scoble for
                                JARED DOLAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 14, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE