1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MICHAEL TUCKER

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )    No. 2:10-cr-00485-MCE
                                 )
              Plaintiff,         )
13                               )
          v.                     )    **STIPULATION AND ORDER**
14                               )
    MUNTU WILLIAMS and MICHAEL   )    DATE:  May 5, 2011
15  TUCKER,                      )    TIME:  9:00 a.m.
                                 )    JUDGE: Hon. Morrison C. England, Jr.
16            Defendant.         )
                                 )
17  _____

18

19      It is hereby stipulated and agreed to between the United States of

20  America through JARED DOLAN, Assistant U.S. Attorney, defendant,

21  MICHAEL TUCKER, by and through his counsel, MATTHEW M. SCOBLE,

22  Assistant Federal Defender, and defendant MUNTU WILLIAMS, by and

23  through his counsel, CHRIS COSCA, that the status conference set for

24  Thursday, April 14, 2011, be continued to Thursday, May 5, 2011, at

25  9:00 a.m..

26      The reason for this continuance is to allow defense counsel

27  additional time to review discovery with the defendants, to examine

28  possible defenses and to continue investigating the facts of the case.

1    Speedy trial time is to be excluded from the date of this order

2    through the date of the status conference set for May 5, 2011 pursuant

3    to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local

4    Code T4).

5

6    DATED: April 13, 2011          Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /s/ Matthew M. Scoble
9                                   MATTHEW M. SCOBLE
                                    Assistant Federal Defender
10                                  Attorney for Defendant
                                    MICHAEL TUCKER
11

12                                  /s/ Matthew M. Scoble for
                                    CHRIS COSCA, Esq.
13                                  Attorney for Defendant
                                    MUNTU WILLIAMS
14

15   DATED: April 13, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
16
                                    /s/ Matthew M. Scoble for
17                                  JARED DOLAN
                                    Assistant U.S. Attorney
18                                  Attorney for Plaintiff

19
                              **O R D E R**
20
21     **IT IS SO ORDERED**.  Time is excluded from today's date through and

22   including May 5, 2011, in the interests of justice pursuant to 18

23   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

     T4.
24

25    Dated:  April 18, 2011

26
                             _____
27                           MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE
28

**2**