UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-10-00485 MCE |
| v. ) | |
| ) | |
| MUNTU LAVAR WILLIAMS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:        MUNTU LAVAR WILLIAMS
Detained at (custodian):    Contra Costa County Jail

Detainee is:    a.)    (X) charged in this district by: (X) Indictment  () Information  () Complaint
                    charging detainee with: Access Device Fraud
        or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or    b.)    () be retained in federal custody until final disposition of federal charges, as a   sentence is currently being served at the detaining facility

*Appearance is necessary on May 12, 2011 at 9:00 a.m. in the Eastern District of California.*

Signature:            /s/ Jared C. Dolan
Printed Name & Phone No:    Jared C. Dolan (916) 554-2767
Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on May 12, 2011 at 9:00 a.m. before the Honorable Morrison C. England, U.S. District Judge, 501 I Street, 14th Floor, Sacramento, California, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 6, 2011

_____
United States Magistrate Judge

_____
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Sex:  Male |
| Booking or CDC #: | | DOB: 11/11/1977 |
| Facility Address: | 1000 Ward Street | Race: Black |
| | Martinez, CA 94553 | FBI #: 257025EB7 |
| Facility Phone: | (925)646-4496 | |
| Currently Incarcerated For: | Felony | |

_____
### RETURN OF SERVICE

Executed on  _____    By: _____
                            (Signature)