UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-10-00485 MCE |
| v. ) | |
| ) | |
| MUNTU LAVAR WILLIAMS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X) Ad Prosequendum     () Ad Testificandum

Name of Detainee:  MUNTU LAVAR WILLIAMS
Detained at (custodian): Contra Costa County Jail

Detainee is:  a.) (X) charged in this district by: (X) Indictment () Information () Complaint
         charging detainee with: Access Device Fraud, Aggravated Identity Theft
  or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
  or b.) (X) be retained in federal custody until final disposition of federal charges

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:     /s/ Jared C. Dolan
Printed Name & Phone No: Jared C. Dolan (916) 554-2767
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum     () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 30, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Sex: | Male |
| Booking or CDC #: | | DOB: | 11/11/1977 |
| Facility Address: | 1000 Ward Street | Race: | |
| | Martinez, CA 94553 | FBI #: | |
| Facility Phone: | (925)646-4496 | | |
| Currently Incarcerated For: | Felony | | |

---

**RETURN OF SERVICE**

Executed on  _____  By: _____
                   (Signature)