```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    CASE NO. 2:10-cr-485 MCE
                                 )
12             Plaintiff,        )
                                 )
13       v.                      )    STIPULATION AND
                                 )    ORDER TO EXCLUDE TIME
14  MUNTU LAVAR WILLIAMS         )
                                 )
15                               )
                                 )
16             Defendant.        )
    _____)
17
```

18        The parties request that the status conference in this case
19   be continued from July 7, 2011 to July 14, 2011 at 9:00 a.m. for
20   a further status conference and possible change of plea.  They
21   stipulate that the time between July 7, 2011 and July 14, 2011
22   should be excluded from the calculation of time under the Speedy
23   Trial Act.  The parties stipulate that the ends of justice are
24   served by the Court excluding such time, so that counsel for the
25   defendant may have reasonable time necessary for effective
26   preparation, taking into account the exercise of due diligence.
27   18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the reason for this
28   continuance is to allow defense counsel additional time to review

                                   1

discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: July 11, 2011     By:      /s/ Jared C. Dolan
                                JARED C. DOLAN
                                Assistant U.S. Attorney

DATE: July 11, 2011          /s/Jared C. Dolan for
                                Chris Cosca
                                Attorney for Defendant

**ORDER**

In accordance with the foregoing stipulation, IT IS SO ORDERED. The Court finds that the ends of justice to be served by granting the requested  continuance outweigh the best interests of the public and the defendant to a speedy trial.

Dated: July 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE