LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MUNTU LAVAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

MUNTU LAVAR WILLIAMS,

           Defendant.

CASE NO. 2:10-CR-00485 MCE

**ORDER APPOINTING COUNSEL**

On December 8, 2011, Defendant MUNTU LAVAR WILLIAMS was sentenced to 70 months in prison. ECF No. 63. On February 9, 2015, the court received a handwritten letter from Defendant MUNTU LAVAR WILLIAMS. ECF No. 70. On February 11, 2015, the court referred this letter to Defendant's counsel, Christopher Cosca. ECF No. 71.

///
///
///
///
///
///
///
///

Accordingly, pursuant to the Criminal Justice Act (Title 18 U.S.C. § 3006A), the court appoints Christopher Cosca as counsel of record for Mr. Williams.

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT